No. 92–989. TENNESSEE *v.* MIDDLEBROOKS; and TENNESSEE *v.* EVANS. Sup. Ct. Tenn. [Certiorari granted, 507 U. S. 1028.] Motion for appointment of counsel granted, and it is ordered that

David C. Stebbins, Esq., of Nashville, Tenn., be appointed to serve as counsel for respondent Donald Ray Middlebrooks in this case.